ORIGINAL

Sent

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

SCANNED

LODGED

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

2004 AUG 18  PM 4: 15

BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K-SWISS INC., a corporation<br><br>Plaintiff,<br><br>v.<br><br>USA AISIQI SHOES INC., a California corporation; MEI LUNG SHOES ENTERPRISES, INC., aka Mei Lung Shoes, Inc., a California corporation; FU CHUEN, INC., a California corporation; and PEILIAN LI , an individual, YU HUNG CHEN, aka George H. Chen, an individual, AISIQI SHOES CO., LTD, an entity unknown, CHINA AISIQI SHOES CO, LTD, an entity unknown, JIN LI SI SHOES CO. LTD, an entity unknown, and CHONG LAI WA, an individual,<br><br>Defendants. | Case No.: CV 03-5918 RJK (RCX)<br><br>PERMANENT INJUNCTION AND JUDGMENT AGAINST USA AISIQI SHOES, INC., MEI LUNG SHOES ENTERPRISES, FU CHUEN, INC., PEILIAN LI, AND YU HUNG CHEN |

DOCKETED ON CM

AUG 2 6 2004

BY BG          010

84

- 1 -

1    Upon review of the record in this case, and upon stipulation of Plaintiff on
2    the one hand, and Defendants USA Aisiqi Shoes, Inc., Mei Lung Shoes
3    Enterprises, Fu Chuen, Inc., Peilian Li, and Yu Hung Chen on the other hand, the
4    Court hereby finds the following:

5    A.  This case arises under the Trademark Act of 1946, 15 U.S.C. Section
6    1051, et seq.  This Court has jurisdiction over the parties to this action and over
7    the subject matter thereof pursuant to 15 U.S.C. Section 1121 and 28 U.S.C.
8    Sections 1331, 1332 and 1338(a).  K-Swiss Inc. ("K-Swiss") is a Delaware
9    corporation having its principal place of business in Westlake Village, California.
10   Defendants, USA AiSiQi Shoes, Inc., Mei Lung Shoes Enterprises, Inc., and Fu
11   Chen, Inc. are California corporations having their principal places of business at
12   9448 Rush Street, S. El Monte, California 91733. Peilian Li is a Taiwan citizen
13   who resides in California at 10165 Rust Street, S. El Monte, CA 91733.  Yu Hung
14   Chen aka George Chen, is a Taiwan citizen who resides in California at 10165
15   Rust Street, S. El Monte, CA 91733.  The claims arising under state common law
16   and statutory law relating to trademark infringement, and unfair competition are
17   joined with the substantial and related claims under the Trademark Laws of the
18   United States, 15 U.S.C. Section 1051, et seq.  Therefore, the Court also has
19   jurisdiction over the state law claims pursuant to 28 U.S.C. Section 1338(b).

20   B.  K-Swiss is the owner of several trademark registrations for its Five
21   Stripe and Toe Box Design marks, alone or with other terms and/or designs,
22   including, Registration Nos. 1,029,423, 1,550,230, 1,821,414, 1,843,012 and
23   1,817,977 (copies of which are attached hereto as collective Exhibit A and are
24   herein respectively the "Five Stripe Mark" and the "Toe Box Mark"), all of which
25   are incontestible;

26   C.  K-Swiss is the owner of several trademark registrations for its Shield
27   Device marks, alone or with other terms and/or designs, including, Registration

28                                          2

Nos. 1,275,279, 1,476,938 and 1,476,939 (copies of which are attached hereto as collective Exhibit B and are herein collectively referred to as the "Shield Device Mark"), all of which are incontestible;

D. K-Swiss is and, for many years has been, the owner of trade dress and product configuration rights (K-Swiss' "Trade Dress") in the distinctive visual design features of its "Classic" shoe, and other shoes employing such trade dress. Major components of this trade dress are K-Swiss' Toe Box Design mark (the "Toe Box Mark") and K-Swiss' Five Stripe Design mark (the "Five Stripe Mark"). The Toe Box Design Trademark, which is federally registered under U.S. Trademark Registration No. 1,821,414, and which is also registered as part of the trademark in U.S. Trademark Registration Nos. 1,843,012 and 1,817,977, is the unique and arbitrary, primarily non-functional design that K-Swiss uses on the toe of the shoe. More specifically, the design is a side-by-side set of two rectangular, stitched patterns running longitudinally from the front tip of the outsole back toward the lacing area of the shoe. These two rectangular designs are separated visually by an underlying piece of leather which, because it is in counter-relief to the two pieces of material which carry the stitching, gives visual emphasis to the rectangular designs formed by the stitching.

E. K-Swiss has objected to a number of uses of the Five Stripe Mark, Shield Device Mark, Toe Box Mark and K-Swiss' Trade Dress by AiSiQi, including use on shoes as shown in Exhibit C, attached hereto;

After review of the record herein, and upon stipulation of Plaintiff on the one hand and Defendants USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen, Inc., Peilian Li, and Yu Hung Chen, on the other hand, the Court HEREBY ORDERS, ADJUDGES AND DECREES:

1. The K-Swiss Marks and U.S. Trademark Registration Nos. 1,029,423;

3

1,275,279; 1,476,938; 1,476,939; 1,550,230; 1,817,977; 1,821,414; and 1,843,012 are arbitrary, non-functional, valid, enforceable, and incontestible. The K-Swiss Trade Dress is an arbitrary, non-functional, valid and enforceable trade dress under the Lanham Act.

2. Defendants USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen, Inc., Peilian Li, and Yu Hung Chen, their partners, officers, directors, agents, servants, employees, suppliers, subsidiaries, divisions, affiliated companies, attorneys, successors and assigns, and all persons in active concert or participation with any of them are permanently enjoined and restrained from:

(a)     Using in any manner the K-Swiss Marks and/or Trade Dress, alone or in combination with any other word or words, or using any other words or symbols which so resemble any of said marks and names as to be likely to cause confusion, deception or mistake, on or in connection with the advertising, offering for sale or sale of any product and which product is not authorized by K-Swiss to be sold in association with the K-Swiss Marks or Trade Dress;

(b)     Using in any manner the K-Swiss Marks and/or Trade Dress, alone or in combination with any other word or words, or using any other words or symbols which so resemble any of said marks and names as to be likely to cause confusion, deception or mistake, on or in connection with the advertising, offering to render or rendition or any service not approved by, sponsored by or otherwise authorized by K-Swiss;

(c)     Attempting to or passing-off, inducing or enabling others to sell or pass-off any product or service as a product or service affiliated with or sponsored by K-Swiss, which product is not produced under the control and supervision of K-Swiss and approved by K-Swiss for sale under the K-Swiss Marks and/or Trade Dress, and which service is not authorized by K-Swiss to be rendered in association with the K-Swiss Marks or Trade Dress;

1      (d)    Committing any acts calculated or intended to cause purchasers

2 to believe falsely that any of Defendants' unauthorized products or services are

3 associated with, sponsored by, approved by, guaranteed by, connected with or

4 produced under the control and supervision or within the authority of K-Swiss;

5      (e)    Diluting and infringing the rights of K-Swiss in and to the K-

6 Swiss Marks or Trade Dress or otherwise damaging K-Swiss' goodwill and

7 business reputation;

8      (f)    Otherwise competing unfairly with K-Swiss;

9      (g)    Except as may otherwise be authorized by K-Swiss in writing,

10 obtaining, possessing, shipping, delivering, distributing, returning or otherwise

11 disposing of in any manner advertising materials, goods or inventory bearing

12 simulations of the K-Swiss Marks or Trade Dress, which materials, goods or

13 inventories were not manufactured by or for K-Swiss or authorized by K-Swiss to

14 be used, sold or offered for sale in association with or bearing the K-Swiss Marks

15 or Trade Dress;

16      (h)    Obtaining, possessing, manufacturing or using any tools, dies,

17 stamping, mixing, embossing, printing, labeling, packaging, silkscreening,

18 molding equipment or any other apparatus designed especially for the manufacture

19 or labeling of unauthorized products bearing simulations of the K-Swiss Marks or

20 Trade Dress, and packaging and/or advertising or display material relating thereto;

21 and

22      (i)    Performing in any manner whatsoever any infringing acts.

23      3. That USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen,

24 Inc., Peilian Li, and Yu Hung Chen, shall deliver immediately to K-Swiss or its

25 attorneys for destruction any and all products, guarantees, warranties, circulars,

26 price lists, labels, signs, prints, packages, wrappers, pouches, receptacles,

27 advertising matter, promotional and other material in its possession or control

28

5

Permanent Injunction and Judgment Against USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen, Inc., Peilian Li, and Yu Hung Chen

1  bearing either the K-Swiss Marks or Trade Dress, alone or in combination with
2  any other words, or any other words or symbols which so resemble either of the K-
3  Swiss Marks or Trade Dress as to be likely to cause confusion, mistake or
4  deception, which can be used in connection with the advertising, offering for sale,
5  or sale of any product or service which is not manufactured, distributed, or
6  otherwise authorized by K-Swiss.

7        4. That USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen,
8  Inc., Peilian Li, and Yu Hung Chen shall deliver immediately to K-Swiss or its
9  attorneys for destruction any and all disks, tapes, computer graphics files, molds,
10 plates, screens, graphics, matrixes, patterns and any other means of making
11 simulations, reproductions, counterfeits, copies or colorable imitations of the K-
12 Swiss Marks or Trade Dress.

13       5. That USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen,
14 Inc., Peilian Li, and Yu Hung Chen shall, except as may be otherwise agreed in
15 writing by K-Swiss, deliver to K-Swiss or its attorneys for destruction or other
16 appropriate disposition its entire inventory of goods, packaging and/or labeling
17 bearing the K-Swiss Marks or Trade Dress.

18       6. In accordance with the Settlement Agreement of the parties,
19 Defendant USA Aisiqi Shoes, Inc. shall immediately pay K-Swiss the sum agreed
20 upon in such Agreement.

21       7. Service may be made upon all Defendants by mail addressed to
22 Defendants as follows: 10165 Rust Street, S. El Monte, CA 91733.  Such copy of
23 this Judgment of Permanent Injunction shall be deemed sufficient notice under
24 Federal Rule of Civil Procedure 65.  Such service is permissible notwithstanding
25 Defendant's representation by counsel.  It shall not be necessary for Defendants to
26
27
28

Permanent Injunction and Judgment Against USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen, Inc.,
Peilian Li, and Yu Hung Chen

1    sign any form of acknowledgment of this service.

2        8.   The Court expressly determines that there is not just reason for delay in

3    entering this Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the

4    Courts enters this Judgment against Defendants USA Aisiqi Shoes, Inc., Mei Lung

5    Shoes Enterprises, Fu Chuen, Inc., Peilian Li, and Yu Hung Chen.

6        IT IS SO ORDERED.

7

8    Dated: August 25, 2004    _____

9                                  Hon. Robert J. Kelleher
                                   United States District Judge

10       IT IS SO STIPULATED:

11                               K-SWISS INC.

12                               By: _____
13                               Name: Lee D. Green
                                 Title: Corporate Counsel/Officer
14                               Date: August 5, 2004

15                               USA AiSiQi SHOES, INC.

16                               By: _____
17                               Name: Peilian Li
                                 Title: President
18                               Date: August 13, 2004

19                               MEI LUNG SHOES ENTERPRISES, INC.

20                               By: _____
21                               Name: Peilian Li
                                 Title: President
22                               Date: August 13, 2004

23                               FU CHEN, INC.

24                               By: _____
25                               Name: Peilian Li
                                 Title: President
26                               Date: August 13, 2004

27

28                                        7

Permanent Injunction and Judgment Against USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen, Inc.,
Peilian Li, and Yu Hung Chen

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AiSiQi SHOES CO. LTD., aka CHINA AiSiQi
SHOES CO. LTD.

By: _____
Name: Wei Ming Wei
Title: President
Date: August __12__, 2004

PEILIAN LI

By: _____
Date: August __13__, 2004

YU HUNG CHEN aka GEORGE CHEN

By: _____
Date: August __12__, 2004

SCANNED

Permanent Injunction and Judgment Against USA Aisiqi Shoes, Inc., Mei Lung Shoes Enterprises, Fu Chuen, Inc.,
Peilian Li, and Yu Hung Chen

SCANNED

SCANNED

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,029,423
Registered Jan. 6, 1976

## TRADEMARK
Principal Register



K-Swiss (California corporation)
5643 Lankershim Blvd.
North Hollywood, Calif.   91601

For: ATHLETIC SHOES—NAMELY, TENNIS SHOES, BASKETBALL SHOES, CROSS-COUNTRY AND JOGGING SHOES, BOATING SHOES, AND CASUAL SHOES—in CLASS 25 (U.S. CL. 39).

First use July 15, 1967; in commerce July 15, 1967.

The trademark consists of two sets of five parallel stripes each set of five stripes extending downwardly from the central, frontal, portion of the shoe upper to the sole of the shoe.

Ser. No. 7,224, filed Nov. 23, 1973.

B. DENNISON, Examiner

EXHIBIT 

9

SCANNED

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,550,230
Registered Aug. 1, 1989

## TRADEMARK
### PRINCIPAL REGISTER



K-SWISS (CALIFORNIA CORPORATION)
12300 MONTAGUE LANE
PACOIMA, CA 91331

FOR: ATHLETIC SHOES - NAMELY, TENNIS SHOES, BASKETBALL SHOES, CROSS-COUN-TRY AND JOGGING SHOES, AEROBIC SHOES, BOATING SHOES, HIKING SHOES, CLEATED SHOES FOR SPORTS SUCH AS FOOTBALL, SOCCER, AND BASEBALL, ACTIVE WALK-ING SHOES, AND CASUAL SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-18-1987; IN COMMERCE 5-18-1987.

OWNER OF U.S. REG. NO. 1,029,421.

SEC. 2(F).

SER. NO. 669,166, FILED 6-29-1987.

JANICE O'LEAR, EXAMINING ATTORNEY



TOTAL P.05

EXHIBIT A-2



10

SCANNED

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Amended

Reg. No. 1,821,414

Registered Feb. 15, 1994

OG Date Nov. 16, 1999

## TRADEMARK
## PRINCIPAL REGISTER



K-SWISS INC. (DELAWARE CORPORA-
TION)
31248 OAK CREST DRIVE
WESTLAKE VILLAGE, CA 91361

SEC. 2(F).

FOR: FOOTWEAR * , EXCLUDING
BOWLING SHOES *, IN CLASS 25 (U.S
CLS. 22 AND 39).
FIRST USE 7-15-1967; IN COMMERCE
7-15-1967.

SER. NO. 74-244,068, FILED 2-7-1992.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 16, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT *A-3*

*//*

Prior U.S. Cl.: 39

Reg. No. 1,821,414

# United States Patent and Trademark Office
Registered Feb. 15, 1994

## TRADEMARK
### PRINCIPAL REGISTER



K.SWISS INC. (DELAWARE CORPORATION)
12300 MONTAGUE STREET
PACOIMA, CA 913314526

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
    FIRST USE 7-15-1967; IN COMMERCE
7-15-1967.

SEC. 2(F).

SER. NO. 74-244,068, FILED 2-7-1992.

JILL C. ALT, EXAMINING ATTORNEY

EXHIBIT 

12

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 1,843,012
Registered July 5, 1994

## TRADEMARK
### PRINCIPAL REGISTER



K-SWISS INC. (DELAWARE CORPORATION)
20664 BAHAMA STREET
CHATSWORTH, CA 913116011

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 2-28-1988; IN COMMERCE 12-30-1988.
OWNER OF U.S. REG. NOS. 1,029,423, 1,683,845, AND 1,685,386.

THE MARK CONSISTS OF THE FIVE SIDE STRIPES, TOE BOX AND COLLAR DESIGN OF THE SHOE. THE BROKEN LINES ARE MEANT TO SHOW POSITIONING AND NO CLAIM IS MADE TO THEM.
SEC. 2(F).

SER. NO. 74-359,144, FILED 2-16-1993.

JILL C. ALT, EXAMINING ATTORNEY

EXHIBIT 

*13*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,817,977
Registered Jan. 25, 1994

## TRADEMARK
### PRINCIPAL REGISTER



K-SWISS INC. (DELAWARE CORPORATION)
12300 MONTAGUE STREET
PACOIMA, CA 913314526

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 7-15-1967; IN COMMERCE 7-15-1967.
OWNER OF U.S. REG. NOS. 1,029,423, 1,683,845, AND 1,685,386.
APPLICANT'S MARK INCLUDES THE COMBINATION OF FIVE STRIPES AND A DESIGN ON THE TOE OF THE SHOE (THE "TOE BOX"). THE MARK OCCUPIES ONLY A POR-

TION OF THE SIDE OF THE SHOE AND A PORTION OF THE TOE OF THE SHOE. THE ENTIRE BACK SIDES AND HEEL PORTION OF THE SHOE, AS WELL AS THE TONGUE, AREA BETWEEN THE STRIPES AND TOE BOX, AND TOP AND BOTTOM OF THE SHOE ARE NOT COVERED BY THE MARK.

SEC. 2(F).

SER. NO. 74-244,067, FILED 2-7-1992.

JILL C. ALT, EXAMINING ATTORNEY

EXHIBIT 

/4

SCANNED

SCANNED

Int. Cl.: 25

Prior. U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 1,275,279
Registered Apr. 24, 1984

TRADEMARK
Principal Register



K-Swiss (California corporation)
12300 Montague St.
Pacoima, Calif. 91331

For: ATHLETICS SHOES FOR TENNIS, BAS-
KETBALL,      SOCCER,      FOOTBALL,
RACQUETBALL AND OTHER SPORTS; IN-
SOLES, AND CASUAL SHOES FOR WALKING,
in CLASS 25 (U.S. Cls. 22 and 39).
First use Nov. 1, 1972; in commerce Nov. 1, 1972.
Owner of U.S. Reg. Nos. 960,472 and 961,542.

The lining and stippling shown in the mark on the drawing is for shading purposes only and does not indicate color.

Ser. No. 397,231, filed Sep. 30, 1982.

DEBORAH S. COHN, Examining Attorney



EXHIBIT B-1

15

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,476,938

## United States Patent and Trademark Office   Registered Feb. 16, 1988

### TRADEMARK
PRINCIPAL REGISTER



K-SWISS (CALIFORNIA CORPORATION)
12300 MONTAGUE LANE
PACOIMA, CA 91331

FOR: SPORTSWEAR, NAMELY TOPS, T-SHIRTS, POLO SHIRTS, SHORTS, PANTS, WARM-UP SUITS AND ATHLETIC SHOES, ACTIVE WALKING SHOES AND CASUAL SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

OWNER OF U.S. REG. NOS. 960,462, 1,275,280 AND OTHERS.

SER. NO. 669,108, FILED 6-29-1987.

CRAIG K. MORRIS, EXAMINING ATTORNEY



EXHIBIT B-2

16

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,476,939
Registered Feb. 16, 1988

## TRADEMARK
### PRINCIPAL REGISTER



K-SWISS (CALIFORNIA CORPORATION)
12300 MONTAGUE LANE
PACOIMA, CA 91331

FOR: SPORTSWEAR, NAMELY, TOPS, T-SHIRTS, POLO SHIRTS, SHORTS, PANTS, WARM-UP SUITS AND ATHLETIC SHOES, ACTIVE WALKING SHOES AND CASUAL SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

OWNER OF U.S. REG. NOS. 960,462, 1,275,280 AND OTHERS.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

THE MARK CONSISTS OF THE WORD "K SWISS" IN WHITE, ON A RED BACKGROUND AND A SERIES OF WHITE-RED-WHITE-BLUE PARALLEL SLANTED STRIPES, ALL CONTAINED WITHIN A SHIELD DESIGN.

SER. NO. 669,172, FILED 6-29-1987.

CRAIG K. MORRIS, EXAMINING ATTORNEY

**EXHIBIT** *B-3*

*17*

SCANNED

Exhibit C



EXHIBIT C-1

18





EXHIBIT C-3





STYLE #U8284

EXHIBIT C-4
21